# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00856-CV

**R. R. and A. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. C-23-0001-CPS, THE HONORABLE ELIZABETH WATKINS, JUDGE PRESIDING

---

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00069-CV

**A. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. C230001CPS, THE HONORABLE ELIZABETH WATKINS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants R.R. (Father) and A.C. (Mother) each filed a notice of appeal from the trial court's oral ruling on December 13, 2023, terminating their parental rights to their child.

The trial court subsequently entered a written final termination order on January 2, 2024, consistent with its previous oral ruling. Mother then filed a second notice of appeal from that written order.

On this Court's own motion, we consolidate for all purposes the appeal in cause number 03-24-00069-CV with the appeal in cause number 03-23-00856-CV. Accordingly, all records and documents filed in cause number 03-24-00069-CV are consolidated into cause number 03-23-00856-CV. The consolidated appeal shall proceed under cause number 03-23-00856-CV, and cause number 03-24-00069-CV is hereby dismissed. *See Guyaux v. Walnut Springs Homeowners Ass'n, Inc.*, No. 03-20-00584-CV, 2021 WL 162503, at *1 (Tex. App.—Austin Jan. 5, 2021, no pet.) (mem. op.).

 

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

03-24-00069-CV Dismissed

03-23-00856-CV Consolidated

Filed:  February 21, 2024